**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHAMAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-887 (RWR)** |
| | ) | |
| **GEORGE W. BUSH et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

**MEMORANDUM**

Counsel for petitioner have asked to see the classified factual return that respondents filed with the court in July 2005 when petitioner was not yet represented by counsel. Counsel have been given security clearances making them fully eligible under the provisions of the protective order, entered December 14, 2005 to see the classified return. They ask to see the classified return before their scheduled visit with the petitioner at the Guantanamo Bay Naval Base on March 5, 2006.

With no basis to deny petitioner's counsel access to the classified return filed with this court, the court is willing to consider any memorandum the respondents care to file no later than the close of business February 28, 2006 concerning whether the court should provide on March 1, 2006 a copy of the classified return filed with the court to the court security officer for placement in the secure facility for petitioner's counsel's review, or whether the respondents would prefer to

provide by March 1, 2006 their own copy to the court security officer for placement in the secure facility for petitioner's counsel's review.

SIGNED this 27th day of February, 2006.

/s/
RICHARD W. ROBERTS
United States District Judge