**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
CHAMAN,                                )
                                       )
          Petitioner,                  )
                                       )
     v.                                )     Civil Action No. 05-887 (RWR)
                                       )
GEORGE W. BUSH <u>et</u> <u>al</u>.,   )
                                       )
          Respondents.                 )
_____)

<u>MEMORANDUM</u>

Counsel for respondents have filed a response to this court's memorandum issued February 27, 2006, vowing to prepare and make available by March 3, 2006 to petitioner's counsel, through the court security officer for viewing in the designated secure facility, a version for counsel of the factual return filed publicly and with this court in July 2005.  (Dkt. 33.)  In making their request for access to the materials, counsel for petitioners stated that "as a practical matter, . . . the materials must be available at the secured facility by Friday, March 3, 2006," in order to give them adequate opportunity to review the materials prior to their scheduled meeting with their client on March 5 at his place of detention, the Guantanamo Bay Naval Base.  (Dkt. 31.)

Based on the written representations of the parties, the court understands that respondents will make the counsel version

-2-

of the factual return available to petitioners' counsel by start

of business on Friday, March 3, 2006, or at any later time that

may be mutually agreed to by the parties.  Based on information

provided by the court security officer, the court also

understands that, with advance arrangement through the court

security officer, counsel may review the protected materials at

the secure facility outside of regular business hours and on

weekends.  Thus, petitioner's motion for access to the materials

shall be deemed moot.

        SIGNED this 28th day of February, 2006.


                            _____/s/_____
                            RICHARD W. ROBERTS
                            United States District Judge